TROY LAW, PLLC
41-25 Kissena Boulevard Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------X
RAJAT KUMAR,
*on his own behalf and on behalf of others similarly situated*

                    Plaintiff,
            v.
EAGLE TRUCKLINE LLC
SIMAR GILL, and
GURKIRAT GILL
                    Defendants.
-----------------------------------------------------------X

**Case No. <u>23-cv-02581 (KMW)(MJS)</u>**

**NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Aaron B. Schweitzer, sworn to on December 27, 2023, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the District of New Jersey, before the Honorable Matthew J. Skahill for an Order granting default judgment as to defendants Eagle Trucking LLC; Simar Gill and Gurkirat Gill (Collectively referred to as "Defendants") pursuant to Fed. R. Civ. P 55(b)(2).

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b) of the United States District Court for the District of New Jersey, answering papers, if any, are to be served to the undersigned no later than fourteen (14) days prior to the return date of the within motion once set by the court.

Dated: December 27, 2023
        Flushing, New York
                              TROY LAW, PLLC

              /s/ Aaron B Schweitzer
              Aaron B Schweitzer
              *Attorney for Plaintiff*

To:
Eagle Truckline LLC
2145 Princess Drive
Beavercreek, OH 45434

Simar Gill
111 Berkshire Drive
Mount Laurel, NJ 08054

Gurkirat Gill
111 Berkshire Drive
Mount Laurel, NJ 08054