# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| RAJAT KUMAR, | HONORABLE KAREN M. WILLIAMS |
| Plaintiff, | Civil Action |
| v. | No. 23-2581 (KMW-MJS) |
| EAGLE TRUCKLINES LLC, SIMAR GILL, and GURKIRAT GILL, | **ORDER** |
| Defendants. | |

**WILLIAMS, District Judge:**

This matter is before the Court on Plaintiff Rajat Kumar ("Plaintiff"), individually and on behalf of those similarly situated, Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members pursuant to 29 U.S.C. § 216(b). (ECF No. 32). Defendants Eagle Trucklines LLC, Simar Gill, and Gurkirat Gill oppose this motion. (ECF No. 36). For the reasons set forth in the Opinion of even date; and for good cause shown;

IT IS this 18th day of **December, 2024**, hereby

**ORDERED** that Plaintiff's Motion (ECF No. 32) is **DENIED** in that the Court does not approve conditional certification of the proposed collective action; and

**FURTHER ORDERED** that Plaintiff's request to equitably toll the statute of limitations for potential class members is **DENIED** as moot.

KAREN M. WILLIAMS<br>
U.S. DISTRICT COURT JUDGE